# United States District Court
## Southern District of Georgia

ANGELA WILLINGHAM,

        Petitioner,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV 118-027
(Formerly CR 113-010)

UNITED STATES OF AMERICA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 29, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's objections are overruled and Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is denied; moreover, the Court denies a Certificate of Appealability in this case and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



09/28/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk