IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ANGELA WILLINGHAM, )
 )
    Petitioner-Appellant, )
 ) Case No.: CV 118-027
vs. ) (Formerly CR 113-010)
 )
UNITED STATES OF AMERICA, ) Appeal No.: 18-14404-A
 )
    Respondent-Appellee. )

## O R D E R

The motion of appellant for a certificate of appealability having been denied in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this ___19th___ day of March, 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA